IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FARMERS MUTUAL INSURANCE COMPANY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV208 |
| v. | ) ) ) | |
| DEERE & COMPANY, INC., a Delaware Corporation, | ) ) ) | DISMISSAL ORDER |
| Defendant. | ) ) | |

Pursuant to the stipulation for dismissal, Filing No. 39, this Court orders the dismissal of this case without prejudice with each party to pay their own costs and attorneys fees.

IT IS ORDERED.

DATED this 7th day of September, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge